[No. 9200-3-III.   Division Three.   December 20, 1988.]

DAVID E. SMITH, INC., ET AL, *Appellants,* v. LEWIS GAISER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whitman County, No. 87-2-00091-3, John A. Schultheis, J., entered February 19, 1988. *Affirmed* by unpublished opinion per Munson, A.C.J., concurred in by Green, J., and Day, J. Pro Tem.

[No. 8655-1-III.   Division Three.   December 20, 1988.]

JAMES R. HAWKINS, ET AL, *Respondents,* v. PAUL R. INLOW, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 84-2-00019-0, James R. Thomas, J., entered May 28, 1987. *Affirmed in part* and *remanded* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Green, J.

[No. 11485-2-II.   Division Two.   December 21, 1988.]

JAN BOSCH, *Appellant,* v. PUGET SOUND NATIONAL BANK, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 87-2-04198-6, Nile E. Aubrey, J., entered October 2, 1987. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Worswick, J., and Petrie, J. Pro Tem.